```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                      JACKSONVILLE DIVISION

                 CASE NO.:  3:18-cv-688-J-34JRK

DANIEL JAMES SILVA,                Jacksonville, Florida
          Plaintiff,
     -vs-                           August 16, 2018

TAS RIGHTS MANAGEMENT, LLC,         2:22 p.m. - 3:58 p.m.
          Defendant.
                                    Courtroom:  5D
```

**DIGITALLY RECORDED MOTION HEARING**
BEFORE THE HONORABLE JAMES R. KLINDT
UNITED STATES MAGISTRATE JUDGE

A P P E A R A N C E S

**DANIEL JAMES SILVA, Pro se**
1760 Glen Laurel Drive
Middleburg, FL   32068

(Exhibit A)

COUNSEL FOR DEFENDANT:
(via speakerphone:)

**JAMES DOUGLAS BALDRIDGE, ESQ.**
**KATIE M. WRIGHT, ESQ.**
Venable, LLP
600 Massachusetts Ave, N.W.
Washington, DC   20001

**JESSE SCHAUDIES ESQ.**
TAS Rights Management, LLC
in-house Counsel.


OFFICIAL COURT REPORTER:

Cindy Packevicz Jarriel, RPR, FCRR
221 N. Hogan Street, #128
Jacksonville, FL   32202
E-mail:  cindyrprfcrr@gmail.com

   (Proceedings recorded by electronic sound recording;
transcript produced by computer.)

```
 1    dismissed as a sanction, with prejudice.  That is a
 2    possibility.
 3            And so that's why I wanted to have a hearing.  I
 4    wanted to meet you.  I wanted to see you.  And I was hoping --
 5    I have to tell you, I was hoping that you would conduct
 6    yourself exactly the way you have today, because -- because it
 7    lets me know that you can do it.
 8            And it's essential for you to do it.
 9            Look, it -- you have the right to bring this lawsuit
10    and you've brought it, but you have to conduct yourself within
11    the rules and the requirements of the decorum of the court, and
12    you've shown you can do it.
13            MR. SILVA:  Thank you, Your Honor.
14            Can I -- may I say something, too?
15            THE COURT:  Yes.  Yes, of course.
16            MR. SILVA:  So do you have copies of the trademark,
17    by any chance?
18            THE COURT:  You have filed those, haven't you?
19            MR. SILVA:  Okay.  Well, the thing is, is that I was
20    looking at 15 U.S. Code 1052, trademarks registerable on
21    principal register, and it says, number A, consists of immoral,
22    deceptive, or scandalous matters.
23            So obviously -- this is the number 1989, so that's
24    deceptive, so wouldn't that automatically make the mark
25    fraudulent?
```