

criminals, im coming to have swift arrested at [a Swift family home] tomorrow ill be unarmed but wearing a bullet proof vest be there around 4 or 5" (2:54 PM)

- $May 18, 2020 email from Daniel Kelter to Douglas Baldridge and Katie Wright Morrone with subject line "ill be there today," detailing Silva's belief that his cousin in Ireland is being abused (10:20 AM)

- $May 18, 2020 email from Daniel Kelter to Douglas Baldridge and Katie Wright Morrone with subject line "be there soon," stating "ill be there around 5 i need to serve these papers" (10:21 AM)

- $May 18, 2020 email from Daniel Kelter to Douglas Baldridge and Katie Wright Morrone with subject line "2 devices," stating "ill be recording with 2 phones apon approach to [the Swift family home] see ya soon" (11:00 AM)

- $May 19, 2020 email from Daniel Kelter to Douglas Baldridge with subject line "funny story," explaining that he was on his way to the Swift family residence "yesterday" but got pulled over and "had a weed pipe in the car and had to toss [it] out the window" (11:28 AM)

- $May 19, 2020 email from Daniel Kelter to Douglas Baldridge with subject line "today," stating that he would be at the Swift family residence "around 530 today remember alison you hold my life in your hands . . . but i hold you fate in mine" (11:29 AM)

- $May 19, 2020 email from Daniel Kelter to Douglas Baldridge and Katie Wright Morrone with subject line "i cant wait around anymore," stating "i cant wait anymore at least one of my family members is being abused, i need to go save them alison and your going to help me" (11:41 AM)

- $May 19, 2020 email from Daniel Kelter to Douglas Baldridge with subject line "see u soon my dear rival," attaching a screenshot from Google Maps showing he was less than three hours from his destination (the Swift family residence) (4:20 PM)

- May 19, 2020 – Silva drives to the Swift family home (the third time he has done so during his litigious campaign)
  - He arrives in a bullet-proof vest.
  - He bring an "Affidavit," in which he refers to a federal judge as an expletive, threatens criminal proceedings against numerous federal judges in Florida, and again states his intent to physically detain Defendant and/or her family members.
  - He is arrested for trespass and removed from the property in handcuffs.

45

EFILED 03/05/21 04:18 PM CASE NO. 21C444 Richard R. Rooker, Clerk